**TEXAS DISCOUNT GAS COMPANY, A corporation, Appellant,**

v.

**FITZGIBBONS, GLENN & BARNETT, ATTORNEYS, INC., Respondent.**

No. 49281.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 16, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1985.

Application to Transfer Denied
June 25, 1985.

Charles S. Sigoloff, St. Louis, for appellant.

Daniel T. Rabbitt, Michael M. Flavin, Thomas Jeffrey Horn, St. Louis, for respondent.

### ORDER

PER CURIAM:

Civil action in contract. Appeal follows dismissal of petition. Judgment affirmed.

Rule 84.16(b).